EDOK Criminal Complaint (Revised 6/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL COMPLAINT** |
| *Plaintiff,* | |
| **v.** | **Case No.** 21-MJ-164-SPS |
| **PAULA AMBER CHISHOLM,** | |
| *Defendant.* | |

I, John Thompson, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

Beginning on or about September 1, 2019 and continuing until on or about December 5, 2019, in the Eastern District of Oklahoma, in Indian Country, **PAULA AMBER CHISHOLM** committed the crime of Child Physical Abuse in Indian Country, in violation of Title 18, United States Code, Sections 1151, 1153 and Title 21, Oklahoma Statute, Section 843.5.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit of Special Agent John Thompson, which is attached hereto and made a part hereof by reference.)

☒       Continued on the attached sheet.

John Thompson
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence at: MUSKOGEE, OKLAHOMA

Date: April 20, 2021

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer



## AFFIDAVIT

I, John Thompson, (hereinafter, "Affiant"), being duly sworn, state that:

## INTRODUCTION

1.      As a Special Agent of the FBI, your Affiant is an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510 (7). Your Affiant is empowered to conduct investigations and to make arrests for federal felony offenses.

2.      Your Affiant has been employed by the FBI since January 20, 2020, and has been assigned to the Cleveland Division of the FBI since that time. Your Affiant is assigned to the Muskogee, Oklahoma Residence Agency on a temporary basis.

3.      As a Special Agent in the FBI, your Affiant received basic law enforcement training at the FBI Academy in Quantico, Virginia.  Your Affiant has received both classroom and field training in criminal investigative techniques. This includes but is not limited to surveillance, interview and interrogation techniques, informant recruitment and control, and search warrant and case preparation.

## PURPOSE OF AFFIDAVIT

4.      This affidavit is submitted in support of a criminal complaint charging PAULA CHISHOLM (hereinafter, "CHISHOLM") with 18 U.S.C. §§ 1151, 1153, and Oklahoma Statute, Title 21, Section 843.5, Child Physical Abuse.

## BASIS OF INFORMATION

5.      Except as otherwise noted, the information set forth in this Affidavit has been provided to your Affiant by FBI Agents or other law enforcement officers. Whenever, in this Affidavit, your Affiant asserts that a statement was made, the information was obtained by your Affiant personally, or was provided to your Affiant by another law enforcement officer (who

1

may have had either direct or hearsay knowledge of the statement) to whom your Affiant has spoken, or whose report your Affiant has read and reviewed.  Likewise, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth your Affiant's observations but rather has been provided directly or indirectly by FBI Agents or other law enforcement officers who conducted such surveillance.  Further, any information pertaining to vehicles and/or registrations, personal data on subjects and record checks obtained through the Law Enforcement Automated Data System ("LEADS"); from other similar law enforcement databases; or the National Crime Information Center ("NCIC") computers.

6.     This Affidavit is for the limited purpose of securing a criminal complaint and arrest warrant for PAULA AMBER CHISHOLM, your Affiant has not included every fact known concerning this investigation.  Your Affiant has set forth only the facts believed to be necessary to establish the foundation for a criminal complaint and arrest warrant.

## VENUE

7.     The facts and circumstances alleged in this affidavit occurred within the Eastern District of Oklahoma.  More specifically, based on the Supreme Court decision in McGirt v. Oklahoma 140 S. Ct. 2452 (2020), the location where these acts primarily took place is 1017 E. Seneca Ave. McAlester, Oklahoma,  which is within the geographic boundaries of the Choctaw Nation, and therefore it is within Indian Country.

8.     Defendant PAULA AMBER CHISHOLM is an enrolled member of the Muskogee Creek Nation.

## PROBABLE CAUSE

9.     On Tuesday, December 3, 2019, Officer Max B. Clark (hereinafter, "Officer Clark"), of the McAlester Police Department, responded to McAlester Regional Health Center

2

for a call of suspected child abuse. Once there, Officer Clark observed the victim, K.C., five (5) years old male, with bruising, lacerations, obvious signs of malnourishment, and thinning hair as if "it was falling out." Further, Officer Clark observed scratches and bruises on K.C.'s scalp and further noticed K.C.'s appearance being that of a "75 year old man." K.C. was observed eating and drinking "everything he could get his hands on" by Officer Clark. K.C. weighed 29 pounds. Officer Clark reviewed images taken by Officer Brian Greer from the McAlester Police Department, of K.C.'s right hip. These images depicted a "road rash or bad carpet bur(n)" as if K.C. "had been dragged," causing a temporary but substantial disfigurement. Further, K.C.'s ears had visible marks, one of which was purple "like it had been pinch and twisted." Finally, K.C. was unable to walk without a limp as pain caused an impairment of the function of his leg.

10.    K.C. identified the person who subjected him to the abuse as "Aunt Paula" to M.S., a social worker at the McAlester Regional Health Center. Later in the investigation it is determined that "Aunt Paula" is PAULA AMBER CHISHOLM. Herein after referred to as CHISHOLM.  K.C. further indicated to M.S. that CHISHOLM "pinches his ears very hard and whips him." K.C. indicated that he fears CHISHOLM.

11.    On December 3, 2019, a forensic interview of K.C. was conducted by B.M., which resulted in K.C. identifying CHISHOLM as the one who punched him in the nose with a closed hand, resulting in a laceration on K.C.'s nose. K.C. also told of being punched by CHISHOLM in the stomach, resulting in the above referenced visit to the McAlester Regional Health Center. Further, K.C. identified CHISHOLM's other children that also participate in the abuse by hitting, kicking, and pinching K.C.

3

## **CONCLUSION**

12.     Based on the aforementioned facts and circumstances, Affiant has probable cause to believe, and does believe that in the Eastern District of Oklahoma, PAULA AMBER CHISHOLM committed violations of federal law including 18 U.S.C. §§ 1151, 1153, and Oklahoma Statute, Title 21, Section 843.5, Child Physical Abuse in Indian Country; Affiant therefore requests that this Court authorize a complaint and arrest warrant for PAULA AMBER CHISHOLM.

Respectfully submitted,

John Thompson
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 20th day of April, 2021.

United States Magistrate Judge

4