UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   CR-21-194-RAW |
| v. | ) | |
| | ) | Date:   5/25/2021 |
| PAULA AMBER CHISHOLM, | ) | |
| | ) | Time:   2:06 p.m. – 2:10 p.m. |
| Defendant. | ) | |

## MINUTE SHEET –ARRAIGNMENT

Donald D. Bush, Judge          P. Bruce, Deputy Clerk          Reporter - none
                                                               FTR - Courtroom 3

Counsel for Plaintiff:   Morgan Muzljakovich, AUSA, in person
Counsel for Defendant:   Sarah Erlinder, Appointed, via video
☐ Fin. Afd / Deft orally requested counsel     Objections ☐ yes  ☐ no      ☐ Court appointed counsel
☐ Interpreter: _____ ; ☐ sworn
Defendant appeared in person:  ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;

☒ Defendant acknowledged receipt of Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant entered not guilty plea as to Counts 1-2 of the Indictment

**Trial / Motions:**
☒ **Jury Trial set for July 6, 2021 at 9:00 a.m. before Judge Ronald A. White**
☒ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond

**Discovery:**
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A)(1) requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
         ☐ Government has complied          ☒ Government has not complied
         Parties ☐ do  ☒ do not foresee any problems which the Court should anticipate.
☒ Court reminds Government of their discovery obligations pursuant to the Due Process Protections Act

**Detention / Bond:**
☐ Parties have reviewed Pretrial Services Report regarding detention          Objections ☐ yes  ☐ no
☒ Defendant allowed to remain on same bond and conditions
         ☐ Order Setting Conditions of Release
☐ Government orally moved for Detention
☐ Defendant orally waived the issue of Detention
☐ **Detention hearing set:**
☐ Defendant reserves as to issue of detention at this time
☐ Defendant agreed issue of bond is moot
☐ Defendant to remain in custody and was remanded to the custody of USMS

☒ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings PB