IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR- 21-194-RAW |
| | ) | |
| PAULA AMBER CHISHOLM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

Before the court is Defendant Paula Amber Chisholm's Opposed Motion to Extend Scheduling Order Deadlines [Docket No. 42]   The trial is currently scheduled on the February 1, 2022 Trial Docket and defendant requests that the court extend the current pretrial motion schedule and continue the trial for 60 days to the April 2022 Trial Docket in order to allow defendant and counsel the necessary time to review   and investigate the discovery, evaluate potential pretrial motions, and effectively prepare for trial or other resolution of the case.   The government does object to the request.

The defendant demonstrates that counsel, with due diligence, would not be prepared for trial under the current schedule. The court also finds that counsel is located outside the State of Oklahoma, which results in additional delay in meeting and reviewing the discovery with the defendant and investigating the offense, particularly in light of continuing restrictions on travel and meetings due to the COVID-19 pandemic safety precautions and the deluge of *McGirt* cases.

The court finds that due to the evidentiary issues in the case, counsel's legitimate

need to prepare for trial, and counsel's residence outside the State of Oklahoma, the ends of justice require that defense counsel be provided with more time to prepare for a trial. The defendant agrees to this request and has filed a Speedy Trial Waiver [Docket No. 43].

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The court, therefore, GRANTS the motion [Docket No. 42] . The period of delay resulting from this continuance is excludable time as provided in 18 U.S.C. § 3161(h)(7)(A).

Upon a review of the record and for good cause shown, the motion is GRANTED. The pretrial motion deadline is hereby stricken and pretrial motions will be due February 23, 2022. The jury trial set for February 1, 2022 is hereby stricken and the case is reset to the April 5, 2022 Trial Docket. The pretrial conference will be set by the court at a later date.

Dated this 28th day of December, 2021.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA