JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

SUSAN E. ANDERSON, Arizona Bar #020343
Assistant Federal Public Defender
Attorney for Defendant
susan_anderson@fd.org

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

| United States of America, | No. 6:21-CR-00194-RAW |
|---|---|
| Plaintiff, | **NOTICE OF SUBMISSION OF ELECTRONIC MEDIA** |
| vs. | |
| Paula Amber Chisholm, | |
| Defendant. | |

      The defendant, Paula Amber Chisholm, through undersigned counsel, submits this Notice of Submission of Electronic Media which contains a brief summary of the electronic media the defense may either offer as evidence at trial or use for purposes of impeachment. The electronic media files described below will be delivered to the Court via overnight delivery to comply with the Court's Order for Pretrial Conference (Doc. 57) requiring such delivery by Noon on March 10, 2022.

      Respectfully submitted:   March 8, 2022.

                                     JON M. SANDS
                                     Federal Public Defender

                                 *s/Susan E. Anderson*
                                   SUSAN E. ANDERSON
                                   Asst. Federal Public Defender

**1. Forensic interviews of four child witnesses:  K.C., B.S., M.C., B.C.**

   a. Video/Audio file containing forensic interview of K.C. by Sandy Hall on 12/03/19.  Media file name:  Camera1_20191203162451.avi (at minute 0:00 to 26:00).

   b. Audio file containing just audio of the forensic interview of K.C. by Sandy Hall on 12/03/19.  Media file name:  Camera1_20191203162451.mp3 (at minute 0:00 to 26:00).

   c. Video/Audio file containing forensic interview of B.S. by Sandy Hall on 12/03/19.  Media file name:  Camera1_20191203162451.avi (at minute 27:00 to 47:00).

   d. Audio file (Camera1_20191203162451.mp3) containing just audio of the forensic interview of B.S. by Sandy Hall on 12/03/19 (at minute 27:00 to 47:00).

   e. Video/Audio files containing forensic interview of M.C. by Sandy Hall on 12/03/19.  Media file names:  Camera1_20191203162451.avi (at minute 48:00 to end-59:13) and Camera1_20191203172643.avi (at minute 0:00 to 12:15).

   f. Audio files containing just audio of the forensic interview of M.C. by Sandy Hall on 12/03/19.  Media file names:  Camera1_20191203162451.mp3 (at minute 48:00 to end-59:03) and Camera1_20191203172643.mp3 (at minute 0:00 to 12:15).

   g. Video/Audio file containing forensic interview of B.C. by Sandy Hall on 12/03/19.  Media file name:  Camera1_20191203172643.avi (at minute 14:30 to 42:20).

   h. Audio file containing just audio of the forensic interview of B.C. by Sandy Hall on 12/03/19.  Media file name:  Camera1_20191203172643.mp3 (at minute 14:30 to 42:15).

   i. Video/Audio file containing video of forensic interview of K.C. by Sandy Hall on 12/17/19.  Media file name:  Camera1_20191217131622.avi (at minute 00:00 to 24:00).

   j. Audio file containing just audio of the forensic interview of K.C. by Sandy Hall on 12/17/19.  Media file name:  Camera1_20191217131622.mp3 (at minute 00:00 to 24:00).

k. Video/Audio file containing video of forensic interview of B.S. by Sandy Hall on 12/17/19. Media file name: Camera1_20191217131622.avi (at minute 24:00 to 40:00)

l. Audio file containing just audio of the forensic interview of B.S. by Sandy Hall on 12/17/19. Media file name: Camera1_20191217131622.mp3 (at minute 24:00 to 40:00).