1   JON M. SANDS
2   Federal Public Defender
    District of Arizona
3   850 W. Adams, Suite 201
4   Phoenix, Arizona 85007
    Telephone: 602-382-2700
5
6   SUSAN E. ANDERSON, Arizona Bar #020343
    Assistant Federal Public Defender
7   Attorney for Defendant
8   susan_anderson@fd.org

9              IN THE UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF OKLAHOMA

11  | United States of America, | No. 6:21-CR-00194-RAW |
12  |                Plaintiff, | **NOTICE OF COMPLIANCE WITH** |
13  |                           | **RULE 16(b)(1)(C) RE:** |
    |          vs.              | **NOTICE OF EXPERT WITNESS** |
14  | Paula Amber Chisholm,     |   |
15  |                Defendant. |   |
16

17          Pursuant to the Court's Order for Pretrial Conference, (Doc. 57), requiring that

18  Notices regarding Expert Witnesses be filed by Noon on March 10, 2022, the

19  defendant, Paula Amber Chisholm, hereby notifies the Court that she previously

20  provided notice to the government of her intent to present expert testimony at trial

21  through James M. Wood, Ph.D., a licensed psychologist and expert on child forensic

22  interviewing and child suggestibility.  Specifically, on February 23, 2022, via

23  electronic mail, defense counsel provided to the government the name, curriculum

24  vitae, and a summary of the anticipated testimony of Dr. Wood, in compliance with

25  Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.  On March 9, 2022,

26  via electronic mail, defense counsel provided to the government a supplemental

27  disclosure regarding the anticipated testimony of Dr. Wood.

28

Respectfully submitted:   March 9, 2022.

JON M. SANDS
Federal Public Defender

*s/Susan E. Anderson*
SUSAN E. ANDERSON
Asst. Federal Public Defender