JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

SUSAN E. ANDERSON, Arizona Bar #020343
Assistant Federal Public Defender
Attorney for Defendant
susan_anderson@fd.org

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

| United States of America, | No. 6:21-CR-00194-RAW |
|---|---|
| Plaintiff, | **DEFENDANT'S PROPOSED VOIR DIRE** |
| vs. | |
| Paula Amber Chisholm, | |
| Defendant. | |

    Defendant Paula Amber Chisholm, through counsel, respectfully requests that the following voir dire questions be used in jury selection in addition to the voir dire questions proposed by the government (Doc. 48).

    Respectfully submitted:    March 10, 2022.

                              JON M. SANDS
                              Federal Public Defender

                             *s/Susan E. Anderson*
                              SUSAN E. ANDERSON
                              Asst. Federal Public Defender

Biographical Questions

1. Please provide the following:
    a. The general location of your residence
    b. Length of time at current residence
    c. Education after high school, if any. State your major
    d. Marital status
    e. Number of children. Ages of children, if under 18
    f. Employment
        i. Yourself – current job and types of jobs throughout lifetime
        ii. Spouse – current job and types of jobs throughout lifetime
    g. Civil, social, fraternal, union or professional organizations. Offices held in them
    h. Hobbies or recreational activities

General Questions

2. There will be witnesses called during this trial who are members of law enforcement. Is there anything about the law enforcement profession that would cause you to either give greater or lesser weight or credibility to their testimony solely by virtue of their employment in law enforcement?
3. Do you or any members of your family have any legal training? Please explain.

Case-Specific Questions

4. Have you, any member of your family, or a close friend been employed at an elementary school or preschool? If so, please explain.
5. Do you or a member of your family or close personal friend have any specialized knowledge, training, or experience in the area of recognizing or reporting suspected child abuse? If so, please explain.
6. Do you or a member of your family or close personal friend have any specialized knowledge, training, or experience in the area of child forensic interviewing? If so, please explain.

7. Do you or a member of your family or close personal friend have any specialized knowledge, training, or experience in the area of pediatric medicine, pediatric growth charts, child development, or nutrition? If so, please explain.

8. As noted, this case involves child abuse and neglect allegations. Having not yet heard any testimony or evidence in this case, do you nonetheless find yourself predisposed to believe or disbelieve a child who makes such accusations? If yes, please explain.