JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

SUSAN E. ANDERSON, Arizona Bar #020343
Assistant Federal Public Defender
Attorney for Defendant
susan_anderson@fd.org

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Paula Amber Chisholm,<br><br>　　　　Defendant. | No. 6:21-CR-00194-RAW<br><br>**NOTICE OF SCHEDULING CONFLICTS** |

　　　The defendant, Paula Chisholm, through undersigned counsel, respectfully provides Notice to the Court of the following scheduling conflicts in April that may impact the selection of the final trial date in this case:

　　1. This case is set for a jury trial on the April calendar, starting April 5, 2022.

　　2. The defendant has retained an expert, James Wood, Ph.D., who resides in Texas and has a scheduling conflict and cannot be present for trial on April 5, 6 and 7. Dr. Wood is available on Friday, April 8th, but he would have to fly in that morning and therefore would likely not be available to testify until the afternoon of April 8th. He is also available after April 8th for this trial.

　　3. Undersigned counsel, Susan E. Anderson, is co-counsel in *United States v. Lloyd Hatley*, CR-21-271-CBG, which is scheduled for trial on Judge Goodwin's April 2022 trial docket, commencing April 19, 2022, in Oklahoma City.

Respectfully submitted:   March 19, 2022.

JON M. SANDS
Federal Public Defender

*s/Susan E. Anderson*
SUSAN E. ANDERSON
Asst. Federal Public Defender