# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAULA AMBER CHISHOLM,<br><br>    Defendant. | Case No. CR-21-194-RAW |

## <u>ORDER</u>

This matter came on for pretrial conference on March 24, 2022.  For the reasons stated at the hearing, the Defendant's motion in limine to preclude other acts evidence under Fed. R. Evid. 404(b) [Docket No. 64] is denied.  The evidence is relevant, offered for a proper purpose, and may be admitted to prove identity and lack of mistake.  Of course, the court will give a limiting instruction if so requested by the Defendant at the time of trial.  Defendant shall draft the proposed language for the instruction.

Additionally, due to the Defendant's health issues, the court granted her oral motion to continue the trial for 60 days.  This trial will now be included on the court's June docket. The period of delay resulting from this continuance is excluded time as provided in 18 U.S.C.§ 3161(h)(3)(A).  The ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED** this 24th day of March, 2022.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**