IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>v.<br><br>PAULA AMBER CHISHOLM<br><br>        *Defendant*. | Case No.  CR-21-194-RAW |

## MOTION TO WITHDRAW DUPLICATE FILINGS

**COMES NOW** the plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Morgan Muzljakovich, Assistant United States Attorney, and hereby moves to withdraw the duplicate filings filed against the defendant in the above styled and numbered case. In support of its Motion, the United States submits the following:

1. On April 4, 2022, the United States filed five documents in the case of *United States v. Paula Amber Chisholm*. [Doc. 74-78]. These documents were filed in error as they are duplicative of prior filings by the government. [Doc. 46-50].

WHEREFORE, the United States of America respectfully moves to withdraw the duplicative filings.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/    Morgan Muzljakovich
MORGAN MUZLJAKOVICH
OK Bar # 32852
Assistant United States Attorney
United States Attorney's Office
520 Denison Ave.
Muskogee, OK 74401
(918) 684-5100
Morgan.muzljakovich@usdoj.gov