**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | |
| | **)** | |
| Plaintiff(s), | **)** | Case No.  CR-21-194-RAW |
| | **)** | |
| **v.** | **)** | Date:      1/4/2023 |
| | **)** | |
| PAULA AMBER CHISHOLM, | **)** | Time:     1:29 p.m. – 1:32 p.m. |
| | **)** | 1:44 p.m. - 3:27 p.m. |
| Defendant(s). | **)** | 3:35 p.m. – 3:47 p.m. |

**MINUTE SHEET**
**JURY QUALIFICATION & SELECTION**

Jason A. Robertson, Judge      Rachel Keeling, Deputy Clerk      Shelley Ottwell, Reporter

Andie Netherland, Law Clerk

**Plaintiff's counsel:** <u>Morgan Muzljakovich (AUSA)</u>
**Defendant's counsel:**  <u>Susan Anderson and Chalet Braziel (AFPD)</u>
Defendant: [X] present in person  [X] with counsel [ ] without counsel

**MINUTES**

| | |
|---|---|
| 1:29 p.m. | Court informs parties of jury selection process |
| 1:32 p.m. | Recess |
| 1:44 p.m. | Convene; forty-eight (52) jurors appear at the direction of the Court for jury selection. |
| | Jurors sworn and qualified. |
| | Voir dire conducted by Court and counsel. |
| 3:27 p.m. | Recess |
| 3:35 p.m. | Convene; Parties pass jurors for cause. |
| | Twelve (12) jurors and (2) Alternates chosen to try case. |
| | Nothing further by parties. |
| 3:47 p.m. | Adjourn. |