# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.: CR-21-194-RAW |
| | ) | |
| v. | ) | Date: 01/09/2023 |
| | ) | |
| PAULA AMBER CHISHOLM | ) | Total Time: 5 hours and 32 minutes |
| Defendant. | ) | |

### MINUTE SHEET - JURY TRIAL

Ronald A. White, Judge    T. Stephens, Deputy Clerk    S. Ottwell, Court Reporter
Courtroom 2 - Room 224

Counsel for Plaintiff:    Morgan Muzljakovich and Hannah Jones, Asst. U.S. Attorneys; Alfredo Olsen, FBI Agent

Counsel for Defendant:    Susan Anderson and Chalet Braziel, Asst. Federal Public Defenders, w/ Defendant

| **TIME** | **MINUTES** |
|---|---|
| 9:00 a.m. | JURY IN. Preliminary instructions given to jury by Court. |
| 9:15 a.m. | Opening Statements by Counsel. |
| 9:37 a.m. | Government's evidence begins<br>1)  Witness:  K.C. |
| 9:58 a.m. | Government called for Rule of Sequestration to be invoked. SO ORDERED (RAW). |
| 9:59 a.m. | 2)  Witness:  B.S. |
| 10:14 a.m. | 3)  Witness:  Ginger Cornish |
| 10:38 a.m. | JURY OUT |
| 10:39 a.m. | RECESS |
| 11:00 a.m. | RECONVENE. JURY IN. Government's evidence continues.<br>4)  Witness:  Michelle Swimmer |
| 11:14 a.m. | 5)  Witness:  Belinda Merritt |
| 11:40 a.m. | 6)  Witness:  Brian Eugene Smith |

| | |
|---|---|
| 11:50 a.m. | JURY OUT. Discussion regarding the use of minors' initials only in the transcript. SO ORDERED. (RAW) |
| 11:51 a.m. | RECESS |
| 1:02 p.m. | RECONVENE. JURY IN. Government's evidence continues.<br>7)   Witness:   Max Clark |
| 1:25 p.m. | 8)   Witness:   Derek Pacula |
| 1:37 p.m. | 9)   Witness:   Kelsey Blevins |
| 2:28 p.m. | JURY OUT. |
| 2:29 p.m. | RECESS |
| 2:51 p.m. | RECONVENE. JURY IN. Government's evidence continues.<br>10)  Witness:   Cynthia Sanford |
| 4:38 p.m. | 11)  Witness: Allan Colbert, Jr. |
| 4:50 p.m. | Court excused jury and directed them to return on 1/10/2023 by 8:45 am with trial to begin at 9:00 am. JURY OUT. Nothing further. |
| 4:46 p.m. | RECESS trial to continue on 1/10/2023 at 9:00 a.m. |