# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-21-194-RAW |
| Plaintiff, ) | |
| v. ) | Date: 01/10/2023 |
| PAULA AMBER CHISHOLM ) | Total Time: 5 hours and 58 minutes |
| Defendant. ) | |

### MINUTE SHEET - JURY TRIAL

Ronald A. White, Judge   T. Stephens, Deputy Clerk   K. McWhorter, Court Reporter
Courtroom 2 - Room 224

Counsel for Plaintiff:   Morgan Muzljakovich and Hannah Jones, Asst. U.S. Attorneys; Alfredo Olsen, FBI Agent

Counsel for Defendant:   Susan Anderson and Chalet Braziel, Asst. Federal Public Defenders, w/ Defendant

| TIME | MINUTES |
|---|---|
| 8:59 a.m. | RECONVENE. JURY IN. Government's evidence continues.<br>12) Witness: Dr. Lauren Conway |
| 10:11 a.m. | Government rested. |
| 10:13 a.m. | JURY OUT. Defendant moved for Judgment of Acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure. ENTERING FINDING: Defendant's Motion for Judgment of Acquittal. DENIED (RAW). Defendant made Oral Motion to Dismiss Count Two. OVERRULED (RAW). Discussion regarding trial schedule. Court advised Defendant of her right to testify. Defendant confirmed that she understood her rights and her decision to testify. |
| 10:20 a.m. | RECESS |
| 10:48 a.m. | RECONVENE. JURY IN. Defendant's evidence begins<br>1) Witness: Dr. James Wood |
| 11:59 a.m. | JURY OUT. |
| 12:00 p.m. | RECESS |
| 1:16 p.m. | RECONVENE. JURY IN. Defendant's evidence continues.<br>1) Witness: Dr. James Wood |
| 1:45 p.m. | 2) Witness: E.C. |

| | | |
|---|---|---|
| 2:28 p.m. | 3) | Witness: M.C. |
| 2:58 p.m. | | JURY OUT. Discussion regarding case and the use of initials only for Defendant's three minor witnesses. |
| 3:01 p.m. | | RECESS |
| 3:27 p.m. | | RECONVENE. JURY IN. Defendant's evidence continues.<br>4)  Witness:   B.C. |
| 3:40 p.m. | 5) | Witness:   Sandy Hall |
| 3:46 p.m. | 6) | Witness:   Paula Manos |
| 4:04 p.m. | 7) | Witness:   Michael Manos |
| 4:14 p.m. | 8) | Witness:   Kim Stines |
| 4:28 p.m. | 9) | Witness:   Brendon Williams |
| 5:05 p.m. | | Court excused jury and directed them to return on 1/11/2023 by 8:45 or 8:50 am with trial to begin at 9:00 am.   JURY OUT. Discussion regarding Defendant's witness schedule and exhibits. Nothing further. |
| 5:07 p.m. | | RECESS trial to continue on 1/11/2023 at 9:00 a.m. |