# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.:   CR-21-194-RAW |
| Plaintiff, ) | |
| v. ) | Date:   01/11/2023 |
| ) | |
| PAULA AMBER CHISHOLM ) | Total Time:   3 hours and 37 minutes |
| Defendant. ) | |

### MINUTE SHEET - JURY TRIAL

Ronald A. White, Judge   T. Stephens, Deputy Clerk   K. McWhorter, Court Reporter
Courtroom 2 - Room 224

Counsel for Plaintiff:   Morgan Muzljakovich and Hannah Jones, Asst. U.S. Attorneys; Alfredo Olsen, FBI Agent

Counsel for Defendant:   Susan Anderson and Chalet Braziel, Asst. Federal Public Defenders, w/ Defendant

| **TIME** | **MINUTES** |
|---|---|
| 8:57 a.m. | RECONVENE. JURY IN. Defendant's evidence continues.<br>9)   Witness: Brendon Williams |
| 9:38 a.m. | 10)   Defendant: Paula Amber Chisholm |
| 10:31 a.m. | JURY OUT |
| 10:32 a.m. | RECESS |
| 10:53 a.m. | RECONVENE. JURY IN. Defendant's evidence continues.<br>10)   Defendant: Paula Amber Chisholm |
| 11:56 a.m. | JURY OUT |
| 11:57 a.m. | RECESS |
| 1:16 p.m. | RECONVENE. JURY IN. Defendant's evidence continues.<br>10)   Defendant: Paula Amber Chisholm |
| 2:05 p.m. | Defendant rested. Government advised no rebuttal evidence. Court advised jury of trial schedule and excused them until 1/12/2023 at 8:45 a.m. with trial begin at 9:00 a.m. |
| 2:10 p.m. | JURY OUT. Court directed Counsel to meet and confer regarding Jury Instructions and exhibits. |

| | |
|---|---|
| 2:11 p.m. | RECESS for Jury Instruction conference. |
| 3:13 p.m. | RECONVENE. JURY OUT. Court addressed Jury Instructions and Verdict Form. Government made objection to the Jury Instructions; Objection OVERRULED (RAW). Defendant made no objections to the Jury Instructions and neither party objected to the Verdict Form. Court inquired if all admitted exhibits were confirmed by Counsel. Government confirmed. Defendant confirmed. Court advised it would allow 35 minutes for closing. Defendant renewed her Rule 29 Motion. OVERRULED (RAW). Nothing further. |
| 3:16 p.m. | RECESS until 1/12/2023 8:45 a.m. |