# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) ) ) |
| VS. | ) CASE NO. CR-21-194-RAW |
| PAULA AMBER CHISHOLM, | ) ) ) |
| DEFENDANT. | ) |

## JURY NOTES - REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Re:   USA v. PAULA AMBER CHISHOLM                                    CR-21-194-RAW

**Note from the Jury**

YOUR HONOR: WE WOULD LIKE LUNCH

SUPREME PAN CRUST
PEPPERONI THIN CRUST
CHICKEN BACON RANCH REG CRUST
HAM TOMATO PINEAPPLE PAN CRUST

Date: 1-12-23
Time: 10:55                                            Signature of Foreperson

**Response from the Court**

TO THE JURY:

OK

Date: 1-12-23
Time: 10:56                                            *Ronald A. White*
                                                       United States District Judge

**EXHIBIT**
Court
Ex. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Re:   USA v. PAULA AMBER CHISHOLM                               CR-21-194-RAW

**Note from the Jury**

YOUR HONOR: WE HAVE VERDICTS

Date: 1-12-23
Time: 1440

Signature of Foreperson

**Response from the Court**

TO THE JURY:

Date: _____
Time: _____

United States District Judge

**EXHIBIT**
Court Ex 2