IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**FILED**
JAN 1 2 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. CR-21-194-RAW |
| PAULA AMBER CHISHOLM, | |
| Defendant. | |

## VERDICT FORM

We, the jury, duly empaneled in the above-entitled case, hereby unanimously find the following:

1. With respect to the charge in Count One of the Indictment for child abuse in Indian Country, we find the Defendant, Paula Amber Chisholm:

(*Check only one.*)   NOT GUILTY          GUILTY
                     _____           __X__

Verdict Form, page 1 of 2

2. With respect to the charge in Count Two of the Indictment for child neglect in Indian Country, we find the Defendant, Paula Amber Chisholm:

(*Check only one.*)         NOT GUILTY         GUILTY

__X__                       _____

**DATED** this 12 day of January, 2023.

_____
Foreperson Signature

_____
Foreperson Printed Name