UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-21-194-RAW |
| Plaintiff, | ) | | |
| v. | ) | Date: | 02/21/2024 |
| | ) | | |
| PAULA AMBER CHISHOLM | ) | Time: | 12:58 p.m. – 1:24 p.m. |
| Defendant. | ) | | |

**MINUTE SHEET – SENTENCING HEARING**

U.S. District Court Judge Ronald A. White    Teka Stephens, Deputy Clerk    Karla McWhorter, Reporter
FTR Courtroom:   2 - Room 224

Counsel for Plaintiff:   Morgan Muzljakovich, Asst. U.S. Attorney
Counsel for Defendant: Susan Anderson, Asst. Federal Public Defender  ☒ Defendant appears in person with counsel

☒  Plaintiff & Defendant reviewed PSI:
☒    Government          Objections:   ☐ Yes   ☒ No
☒    Defendant           Objections:   ☒ Yes   ☐ No

☒    Findings: Defendant's Objections   ☐ Sustained   ☒ Overruled

☒  PSI will form factual basis for sentencing

☒  No Plea Agreement – Defendant exercised her right to Jury Trial

**ADDITIONAL MINUTES:** Court inquired if victims were notified and/or present. Government stated that victims were present, statements previously provided to the Court, and do not wish to make a statement today.

☒  Defendant and counsel asked if they care to say anything prior to sentence being pronounced
    ☒ Statements by Government in aggravation/mitigation of punishment – Sentencing memorandum filed
    ☒ Statements by defendant's counsel – Sentencing memorandum filed
    ☐ Statements by defendant

SENTENCE:   As to Count  __1__  of the **Indictment**
☒  **Bureau of Prisons for a term of**  __48 months__          ☐ Concurrent   ☐ Consecutive
☒  **Supervised Release for a term of**  __2 years__           ☐ Concurrent   ☐ Consecutive
☒  **Special Assessment:**           $ __100.00__              ☒ due immediately
☐  **Fine:**                         _____            ☐ with interest   ☐ interest waived
☐  **Restitution:**                  _____            ☐ with interest   ☐ interest waived

☒ **STANDARD CONDITIONS** of Probation/Supervised Release given, including the following **Special Conditions:**
**1.** The defendant shall successfully participate in a program of mental health treatment and follow the rules and regulations of the program. The probation officer, in consultation with the treatment provider, will determine the treatment modality, location, and treatment schedule. Defendant shall waive any right of confidentiality in any records for mental health treatment to allow the probation officer to review the course of treatment and progress with the treatment provider. Defendant must pay the costs of the program or assist (co-payment) in payment of the costs of the program if financially able. **2.** The defendant is prohibited from attempting or having any contact whatsoever with K.B. (formerly K.C.), directly or indirectly, in person, through others, or by telephone, mail, electronic means, or any other manner, at any time or place unless specifically authorized by the Court.  The defendant shall remain 100 yards away from her, her place of residence, and her place of employment or school at all times.

☒ REASONS FOR IMPOSING SENTENCE given by Court
☒ Defendant advised of right to appeal    ☐ Defendant gives oral notice of appeal
☐ Remaining count ordered dismissed: ____
☒ Defendant requests designation BOP facility Carswell to facilitate family contact and to provided needed medical care ☒ So recommended by the Court.
☒ Defendant remanded to the custody of the U.S. Marshal
☐ Court adjourned