JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

SUSAN E. ANDERSON
Arizona State Bar #020343
Asst. Federal Public Defender
Attorney for Defendant
susan_anderson@fd.org

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Paula Amber Chisholm,<br><br>　　　　　Defendant | No. CR-21-00194-001-RAW<br><br>**NOTICE OF APPEAL** |

　　Notice is hereby given that Defendant, Paula Amber Chisholm, appeals to the United States Court of Appeals for the Tenth Circuit from the judgment entered on February 23, 2024 (Dkt. #148).

　　Respectfully submitted:　　February 28, 2024.

　　　　　　　　　　　　　　　JON M. SANDS
　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　 *s/Susan E. Anderson*
　　　　　　　　　　　　　　　SUSAN E. ANDERSON
　　　　　　　　　　　　　　　Asst. Federal Public Defender
　　　　　　　　　　　　　　　*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I certify that on February 28, 2024, I caused the foregoing document to be filed with the Clerk of Court for the United States District Court for the Eastern District of Oklahoma using the CM/ECF system. I further certify that government counsel are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                           _s/Susan E. Anderson_
                                           SUSAN E. ANDERSON
                                           Assistant Federal Public Defender
                                           *Attorney for Defendant*

Copy mailed to:

Paula Amber Chisholm
Defendant

_s/yc_